109 P.3d 713

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**April 18, 2005**

| | | |
|---|---|---|
| 26475 | Doe Children, In re | Affirmed |

**April 20, 2005**

| | | |
|---|---|---|
| 26259 | State v. Adam | Affirmed |

**April 22, 2005**

| | | |
|---|---|---|
| 25643 | Associates Financial Services Co. of Hawaii, Inc. v. Crabbe | Affirmed |
| 25666 | State v. Trueman | Affirmed |

**April 25, 2005**

| | | |
|---|---|---|
| 26213 | State v. Matias | Affirmed |